**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **VS.** ) | **CR. NO. 05-00258-CG** |
| ) | |
| **CRYSTAL BUIE FOSTER,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

This cause is before the court on the United States' motion to dismiss (Doc. 22), in which the government moves to dismiss the indictment currently pending against defendant on the grounds that said she has successfully completed the required pretrial diversion program.

After due consideration and pursuant to Fed.R.Crim.P. 48(a), the court finds that the government's motion is due to be, and hereby is **GRANTED**. All charges currently pending in the Indictment filed on August 25, 2005 against Crystal Buie Foster are hereby **DISMISSED**.

**DONE and ORDERED** this 6th day of March, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE